1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar #214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   RYAN SMALL

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,        )  CR.S. 11-00521-LKK
11                                   )
              Plaintiff,             )  **AMENDED STIPULATION AND ORDER TO**
12                                   )  **CONTINUE STATUS CONFERENCE**
        v.                           )
13                                   )
                                     )  DATE:  March 20, 2012
14                                   )  TIME:  9:15 a.m.
   RYAN SMALL,                       )  JUDGE: Lawrence K. Karlton
15            Defendant.             )
   _____     )
16

17      IT IS HEREBY STIPULATED by and between the parties hereto through

18 their respective counsel, HEIKO COPPOLA, Assistant United States

19 Attorney, attorney for plaintiff, and BENJAMIN GALLOWAY, Assistant

20 Federal Defender, attorney for defendant, that the status conference

21 set for February 7, 2012, at 9:15 a.m., be rescheduled to March 20,

22 2012, at 9:15 a.m..

23      The reason for this continuance is to allow defense counsel

24 additional time to review discovery with the defendant, to examine

25 possible defenses and to continue investigating the facts of the case.

26      The parties further agree that a pre-plea advisory guideline

27 presentence investigation report from the probation office will aid

28 counsel in resolving the case.

The parties agree that time under the Speedy Trial Act should be excluded from the date of this stipulation, February 2, 2012, through and including March 20, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for preparation of defense counsel, and Local Code T4.

Dated: February 2, 2012        Respectfully submitted,

                               DANIEL BRODERICK
                               Federal Defender


                               /s/ Ben Galloway
                               BENJAMIN GALLOWAY
                               Assistant Federal Defender
                               Attorney for Defendant


Dated: February 2, 2012        BENJAMIN B. WAGNER
                               United States Attorney

                               /s/ Benjamin Galloway for
                               HEIKO COPPOLA
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

## **O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order. Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation, February 2, 2012, through and including March 20, 2012,

pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  A new status conference date is hereby set for March 20, 2012, at 9:15 a.m..

In addition, the Court further ORDERS the United States Probation Office to prepare and disclose to the parties a  pre-plea advisory guideline presentence investigation report.

DATED: February 2, 2012

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT