DANIEL J. BRODERICK, Bar #89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RYAN SMALL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                        )<br>            Plaintiff,                 )<br>                                        )<br>      v.                                )<br>                                        )<br>                                        )<br>                                        )<br>RYAN SMALL,                             )<br>            Defendant.                  )<br>_____ ) | CR. S-11-0521-LKK<br><br>**STIPULATION AND ORDER TO CONTINUE**<br>**STATUS CONFERENCE**<br><br>DATE:  May 8, 2012<br>TIME:  9:15 a.m.<br>JUDGE: Lawrence K. Karlton |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, HEIKO COPPOLA, Assistant United States Attorney, attorney for plaintiff, and BENJAMIN GALLOWAY, Assistant Federal Defender, attorney for defendant, that the status conference set for March 20, 2012, at 9:15 a.m., be rescheduled for a status conference/change of plea to May 8, 2012, at 9:15 a.m..

    The parties are working toward resolution of this matter, and awaiting receipt of a previously ordered pre-plea presentence report. Once that report is received, the parties will finalize an agreement. This continuance is requested for that reason and to allow defense counsel additional time to review discovery and the forthcoming plea agreement with the defendant, and to continue investigating the facts

of the case.

The parties agree that time under the Speedy Trial Act should be excluded from the date of this stipulation, March 20, 2012, through and including May 8, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for preparation of defense counsel, and Local Code T4.

Dated: March 15, 2012          Respectfully submitted,

                               DANIEL BRODERICK
                               Federal Defender


                               /s/ Ben Galloway
                               BENJAMIN GALLOWAY
                               Assistant Federal Defender
                               Attorney for Defendant


Dated: March 15, 2012          BENJAMIN B. WAGNER
                               United States Attorney

                               /s/ Benjamin Galloway for
                               HEIKO COPPOLA
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.  Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the

1  stipulation, March 20, 2012, through and including May 8, 2012,
2  pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for
3  defense counsel to prepare] and Local Code T4.  A new status
4  conference/change of plea date is hereby set for May 8, 2012, at 9:15
5  a.m..

7  DATED: March 16, 2012
8  _____
   LAWRENCE K. KARLTON
   SENIOR JUDGE
9  UNITED STATES DISTRICT COURT

3