DANIEL J. BRODERICK, Bar #89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RYAN SMALL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.S. 11-00521-LKK |
| ) | |
| Plaintiff, ) | **AMENDED STIPULATION AND** |
| ) | **[PROPOSED] ORDER TO CONTINUE** |
| v. ) | **STATUS CONFERENCE** |
| ) | |
| ) | |
| ) | DATE: May 22, 2012 |
| RYAN SMALL, ) | TIME: 9:15 a.m. |
| Defendant. ) | JUDGE: Lawrence K. Karlton |
| _____ ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, HEIKO COPPOLA, Assistant United States Attorney, attorney for plaintiff, and BENJAMIN GALLOWAY, Assistant Federal Defender, attorney for defendant, that the status conference set for May 8, 2012, at 9:15 a.m., be rescheduled for a status conference/change of plea to May 22, 2012, at 9:15 a.m..

   The parties have reached an agreement to resolve this matter, and are working to reduce that agreement to writing.  Once the plea agreement is received, defense counsel will need additional time to review plea agreement with the defendant, advise him, and to continue investigating the facts of the case in connection with this resolution.

   The parties agree that time under the Speedy Trial Act should be

excluded from the date of this stipulation, May 4, 2012, through and including May 22, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for preparation of defense counsel, and Local Code T4 and that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Dated: May 4, 2012                Respectfully submitted,

                                          DANIEL BRODERICK
                                        Federal Defender


                                        /s/ Ben Galloway
                                        BENJAMIN GALLOWAY
                                        Assistant Federal Defender
                                        Attorney for Defendant


Dated: May 4, 2012                BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ Benjamin Galloway for
                                        HEIKO COPPOLA
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.  Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the

2

1  stipulation, May 4, 2012, through and including May 22, 2012, pursuant
2  to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for defense
3  counsel to prepare] and Local Code T4.  A new status conference/change
4  of plea date is hereby set for **May 22, 2012, at 9:15 a.m.**

DATED: 5/4/2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3